**Veve Vereal EDWARDS, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.**

No. 01–6319.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Veve Vereal Edwards, pro se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Veve Vereal Edwards seeks to appeal the district court's order denying relief on

his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Edwards v. Angelone,* No. CA–00–619–3 (E.D.Va. Jan. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*